Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: mparetti@swlaw.com

Attorneys for Defendant
Credit One Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAYNE PARTEE,<br><br>    Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.,<br><br>    Defendant. | CASE NO.: 2:18-cv-02381-JCM-NJK<br><br>**UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

  Defendant Credit One Bank, N.A. ("Credit One"), by and through its undersigned counsel, for good cause shown, hereby submits this unopposed motion[1] to extend Credit One's deadline to respond to Plaintiff's Complaint [ECF No. 1] to January 31, 2019, for the following reasons:

  1. Plaintiff served the Complaint and Summons on Credit One on December 20, 2018.

  2. Credit One's Answer is currently due January 10, 2019.

  3. Counsel for Credit One was only recently retained, and requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response.

  4. Moreover, counsel for Credit One's offices were closed for several days during the response period due to the intervening holidays.

  5. On January 2, 2019, counsel for Plaintiff agreed to the extension requested herein.

---

[1] On January 2, 2019, Plaintiff's counsel, Tav Gomez, agreed to the 21-day extension and requested Credit One file an unopposed motion for the extension.

6. This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, Credit One respectfully requests an extension to respond to Plaintiff's Complaint to and including January 31, 2019.

DATED: January 3, 2019

SNELL & WILMER L.L.P.

By: */s/ Michael Paretti*
Michael Paretti
Nevada Bar No. 13926
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Credit One Bank, N.A.*

# ORDER

**IT IS ORDERED** that Defendant's unopposed motion for extension to respond to Plaintiff's complaint, Docket No. 13, is GRANTED. Defendant must respond to Plaintiff's complaint no later than January 31, 2019.

DATED: January 3, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE