Michael Paretti
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: mparetti@swlaw.com

Attorneys for Defendant
Credit One Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAYNE PARTEE, | CASE NO.: 2:18-cv-02381-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT** |
| vs. | |
| CREDIT ONE BANK, N.A., | **(SECOND REQUEST)** |
| Defendant. | |

Plaintiff Layne Partee ("Plaintiff") and Defendant Credit One Bank, N.A. ("Credit One") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Credit One's deadline to respond to Plaintiff's Complaint [ECF No. 1] to February 15, 2019, for the following reasons:

1. Plaintiff served the Complaint and Summons on Credit One on December 20, 2018.

2. Credit One's Answer is currently due January 31, 2019.

3. Counsel for Credit One has been working with its Client to seek information from third-party vendors, and has been communicating with Plaintiff's counsel regarding its search.

4. The parties have determined that they would benefit by having additional time to communicate about the case and determine whether any pre-litigation resolution is appropriate.

5. Moreover, Credit One requires additional time to work with its vendors to search for information that would help it investigate and assess Plaintiff's complaint.

6. Thus, on January 24, 2019, counsel for Plaintiff agreed to the extension requested herein.

7. This extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties respectfully request an extension for Credit One to respond to Plaintiff's Complaint to and including February 15, 2019.

| | |
|---|---|
| DATED: January 28, 2019 | DATED: January 28, 2019 |
| MORGAN & MORGAN, TAMPA, P.A. | SNELL & WILMER L.L.P. |
| By: */s/ Octavio Gomez*<br>Octavio "Tav" Gomez, Esq.<br>*(Pro Hac Vice Pending)*<br>201 North Franklin Street, 7th Floor<br>Tampa, Florida 33602<br><br>The Law Offices of Nicholas M. Porras, P.A.<br>Nicholas M. Porras, Esq.<br>Nevada Bar No. 12849<br>201 W. Liberty St., Ste. 207<br>Reno, NV 89501<br><br>*Attorneys for Plaintiff Layne Partee* | By: */s/ Michael Paretti*<br>Michael Paretti<br>Nevada Bar No. 13926<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant Credit One Bank, N.A.* |

## **ORDER**

**IT IS ORDERED** that Credit One shall respond to Plaintiff's Complaint on or before February 15, 2019.

DATED: January 29, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -