# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAYNE PARTEE,<br>    Plaintiff(s),<br>v.<br><br>CREDIT ONE BANK, N.A.,<br>    Defendant(s). | Case No.: 2:18-cv-02381-JCM-NJK<br><br>**Order**<br>(Docket No. 23) |

Pending before the Court is the parties' notice of settlement. Docket No. 23. The parties submit that they have reached an agreement to resolve all claims and anticipate filing a stipulation to dismiss the instant action within the next 30 days. *Id*. at 1.

Accordingly, the Court **VACATES** all pending deadlines. The Court **ORDERS** the parties to file a stipulation of dismissal no later than July 15, 2019.

IT IS SO ORDERED.

Dated: June 17, 2019

                                                              NANCY J. KOPPE<br>
                                                              United States Magistrate Judge