Nicholas M. Porras, Esquire
Nevada Bar No.: 12849
The Law Offices of Nicholas M. Porras, P.A.
201 West Liberty St. Ste. 207
Reno, NV 89501
Telephone: (775) 525-9246
Facsimile: (888) 688-4975
Email: nick@porraslegal.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION**

| | |
|---|---|
| LAYNE PARTEE | ) |
| Plaintiff, | ) CASE NO.: 2:18-CV-02381-JCM-NJK |
| | ) |
| v. | ) **JOINT STIPULATION OF DISMISSAL** |
| | ) |
| | ) **WITH PREJUDICE** |
| CREDIT ONE BANK N.A., | ) |
| Defendant. | ) |

_____

**COMES NOW** the Plaintiff, Layne Partee, and the Defendant, Credit One Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2:18-CV-02381-JCM-NJK

Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15th day of July, 2019.

| | |
|---|---|
| /s/ Nicholas M. Porras, Esq. | /s/ Michael Paretti, Esq. |
| Nicholas M. Porras, Esquire | Michael Paretti, Esquire |
| Nevada Bar No.: 12849 | Nevada Bar No.: 13926 |
| The Law Offices of Nicholas M. Porras, P.A. | Snell & Wilmer L.L.P. |
| 201 West Liberty St. Ste. 207 | 3883 Howard Hughes Parkway, Suite 1100 |
| Reno, NV 89501 | Las Vegas, NV 89169 |
| Telephone: (775) 525-9246 | Telephone: (702) 784-5200 |
| Facsimile: (888) 688-4975 | Facsimile: (702) 784-5252 |
| Email: nick@porraslegal.com | Email: mparetti@swlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

IT IS SO ORDERED

_____
United States District Judge

Dated: July 16, 2019

2:18-CV-02381-JCM-NJK